IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                   CRIMINAL NO. 3:22-cr-102-DCB-FKB

JAMES JIMMIE HOWARD

### ORDER APPROVING PRETRIAL DIVERSION AGREEMENT

The Court having read the terms of the Pretrial Diversion Agreement and having heard from the defendant, the Court finds that the defendant has entered into this agreement knowingly and voluntarily. Therefore, the Court hereby approves the agreement.

SO ORDERED AND ADJUDGED this the 6th day of May 2024.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                             CRIMINAL NO.: 3:22-cr-102-DCB-ASH

JAMES JIMMIE HOWARD

## *AGREEMENT FOR PRETRIAL DIVERSION*

It appearing that you are reported to have committed an offense against the United States beginning in or around April 14, 2022, in violation of Title 18, United States Code, Section 1001(a)(2), in that you did: <u>knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation to a Special Agent of the Federal Bureau of Investigation (FBI), a department or agency of the United States. Specifically, you stated that you did not know the whereabouts of your son, Delvan Jerrod Howard, when in truth and fact, your son was presently then riding in your truck. Further, stating to the FBI that you were two hours away from Jackson, Mississippi and could not turn around to meet with FBI at your son's residence, when in truth and fact, you were less than an hour away from the residence.</u>

Upon accepting responsibility for your behavior and by your signature on this Agreement, it appears, after an investigation of the offense, and your background, that the interest of the United States and your own interest and the interest of justice will be served by the following procedure: therefore,

On the authority of the Attorney General of the United States, by Todd W. Gee, United States Attorney for the Southern District of Mississippi, prosecution in this District for this offense shall be deferred for the period of __18__ months from this date, provided you abide by the following conditions and the requirements of this Agreement set out below.

Should you violate the conditions of this Agreement, the United States Attorney may revoke or modify any conditions of this pretrial diversion program or change the period of supervision, which shall in no case exceed eighteen months. The United States Attorney may release you from supervision at any time. The United States Attorney may at any time within the period of your supervision initiate prosecution for this offense should you violate the conditions of this Agreement.

In this case he will furnish you with notice specifying the conditions of the Agreement which you have violated.

After successfully completing your diversion program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offense set out on page 1 of this Agreement will be instituted in this District, and the charges against you, if any, will be dismissed.

Neither this Agreement nor any other document filed with the United States Attorney as a result of your participation in the Pretrial Diversion Program will be used against you, except for impeachment purposes, in connection with any prosecution for the above-described offense.

### *General Conditions of Pretrial Diversion*

1. You shall not violate any law (Federal/State/Local). You shall immediately contact your pretrial diversion supervisor if arrested and/or questioned by any law enforcement officer.

2. You shall attend school or work regularly at a lawful occupation or otherwise comply with the terms of the special program described below. If you lose your job or are unable to attend school, you shall notify your pretrial diversion supervisor at once. You shall consult him/her prior to job or school changes.

3. You shall report to your supervisor as directed and keep him/her informed of your whereabouts.

4. You shall follow the program and such special conditions as may be described below.

### *Special Conditions*

### The standard conditions are as follows:

1. While on pretrial diversion, the defendant shall not commit another federal, state or local crime.

2. The defendant shall not illegally possess a controlled substance.

3. The defendant shall not possess a firearm, a destructive device, or any other dangerous weapon.

4. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of

being placed on pretrial diversion and at least two periodic tests thereafter and as directed by the Probation Officer.

5. The defendant shall not leave the judicial district without the permission of the Court or Probation Officer.

6. The defendant shall report to the Probation Officer in a manner and frequency directed by the Court or the Probation Officer.

7. The defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer.

8. The defendant shall support her dependents and meet other family responsibilities.

9. The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training, or other acceptable reasons.

10. The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.

11. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use or distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

12. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

13. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the Probation Officer.

14. The defendant shall permit a Probation Officer to visit her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the Probation Officer.

15. The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioning by a law enforcement officer.

16. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.

## The special conditions are as follows:

1. The defendant shall provide the United States Probation Office (USPO) with access to any requested financial information.

2. The defendant is prohibited from consuming any alcohol while on pretrial diversion.

3. The defendant shall not possess, ingest, or otherwise use, a synthetic cannabinoid, or other synthetic narcotic, unless prescribed by a physician.

4. The defendant shall not use any mood-altering substances, including prescribed medication, without permission of the Probation Officer.

I assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information, or in bringing a defendant to trial. I hereby request the United States Attorney for the Southern District of Mississippi to defer such prosecution.

I agree and consent that any delay from the date of this Agreement to the date of initiation of prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request, and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of months equal to the period of this agreement.

I hereby state that the above has been read and explained to me. I understand the conditions of my pretrial diversion program and agree that I will comply with them.

It is understood that this agreement completely reflects all promises, agreements and conditions made by and between the United States Attorney's Office for the Southern District of Mississippi and Defendant.

**Defendant and Defendant's attorney of record declare that the terms of this agreement have been:**

1. **READ BY OR TO DEFENDANT;**
2. **EXPLAINED TO DEFENDANT BY DEFENDANT'S ATTORNEY;**
3. **UNDERSTOOD BY DEFENDANT;**
4. **VOLUNTARILY ACCEPTED BY DEFENDANT; and**
5. **AGREED TO AND ACCEPTED BY DEFENDANT.**

WITNESS OUR SIGNATURES, as set forth below.

_____     05-06-2024
JAMES JIMMIE HOWARD                  Date
Defendant

_____     5/6/24
AAFRAM SELLERS, Esq.                 Date
Attorney for Defendant

_____     5/5/24
United States Attorney               Date

_____     5-6-24
Chief Pretrial Services Officer      Date
(or Chief Probation Officer)